# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
AUG 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JOHN FENNESSEY

vs

GENERAL MOTORS CORPORATION

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1405 LAB BLM

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 N. TUSTIN AVE.
SANTA ANA, CA 92705                                Tel: (714) 516-2700

    An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                          AUG - 1 2008
_____                      _____
          CLERK                                            DATE
     J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2



COPY  ::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)